FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: 13-MJ-1395-DUTY
                                     )
            Plaintiff,               )
                                     )
    vs.                              )
                                     )   ORDER OF DETENTION AFTER HEARING
                                     )   [Fed.R.Crim.P. 32.1(a)(6);
MARIO LOPEZ,                         )   18 U.S.C. 3143(a)]
                                     )
            Defendant.               )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern Dist. of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release) and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature of alleged violations and</u>

absence of verified background information, as well as lack of bail resources;

and/or

B. [✓] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of alleged violations and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/20/13

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE